UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:  
    FLOYD EUGENE BUCKLEY  
    EVELYN GRACE BUCKLEY

TRUSTEE'S OBJECTION
TO 362(d) RELIEF FROM
STAY

BK No.: 18-21238

Debtors.

_____

DOUGLAS J. LUSTIG, the undersigned Chapter 7 Trustee for the above-named Debtors objects to the 362(d) Relief from Stay for the following reasons:

    1. There appears significant equity in the property located at 6880 Boot Jack Hollow Road, Bath, New York 14810 (estimated at $90,000.00 less $73,478.00 liens - $16,522.00 equity);

    2. There is no basis of value other than Debtors' schedules which is unacceptable to establish value for the Trustee's purpose.

    3. The Debtors are not claiming a exemption;

    4. The Trustee is seeking additional time to liquidate the property.

**WHEREFORE**, the Trustee respectfully requests the motion be denied, adjourn the motion or for such other and further relief as the Court deems just, proper and equitable.

Dated: January 22, 2019                        /s/Douglas J. Lustig  
                                                       DOUGLAS J. LUSTIG, TRUSTEE