UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

IN RE

FLOYD EUGENE BUCKLEY AND EVELYN GRACE BUCKLEY

DEBTORS

HEARING DATE: January 24, 2019
HEARING TIME: 10:00 AM
HEARING PLACE: Rochester

CHAPTER 7

CASE NO. 18-21238

JUDGE: Paul R. Warren

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor") dated December 20, 2018 with exhibits attached thereto, with proof of service upon the Trustee, Debtors and Debtors' Attorney, and there being no opposition thereto, it is hereby:

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. Section 362(a) is hereby vacated for cause pursuant to 11 U.S.C. Section 362(d) (1) as to Secured Creditor, its agents, assigns or successors in interest so that Secured Creditor, its agents, assigns or successors in interest may take any and all actions pursuant to the Note and Mortgage and applicable state law including but not limited to foreclose its mortgage on the premises known as 6880 Boot Jack Hollow Road, Bath, NY 14810, and it is further

**ORDERED** (X) that attorneys fees of $350.00 and costs of $181.00 are awarded to Secured Creditor, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

(prw) (X) to be recovered, if at all, solely from the sale proceeds

18-077329

**ORDERED** that the case Trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings and closure of the case shall not constitute an abandonment of the Trustee's interest, if any, in any surplus proceeds.

Dated: _JAN 25_, _2019_
Rochester, NY

Enter:

_____
Honorable Paul R. Warren
United States Bankruptcy Judge