LAW OFFICES OF

# DIBBLE & MILLER, P. C.

ATTORNEYS AND COUNSELORS AT LAW

| ATTORNEYS | | PARALEGALS (Alphabetical) |
|---|---|---|
| GERALD W. DIBBLE, B.S., J.D., LL.M. (TAX) | 55 CANTERBURY ROAD | DANIELLE ALCHOWIAK, B.A., R.P. |
| G. MICHAEL MILLER, B.A., J.D. | ROCHESTER, NEW YORK 14607-3436 | GLENDA K. BONDY, B.S. |
| DOUGLAS J. LUSTIG, B.S., J.D. | PHONE: (585) 271-1500 | CHRISTINE M. JOHNSON, B.A |
| GERARD F. NORTON, B.A., J.D. | FACSIMILE: (585) 271-0118 | ANDREA I. KRUEGER, B.B.A., M.S. (TAX), C.P.A.**** |
| JOHN J. JAKUBEK, B.A., J.D. ** | www.dibblelaw.com | STEVEN J. LITTEER, B.A., E.A. (TAX DEPARTMENT SUPERVISOR) |
| CRAIG D. CHARTIER, B.S., J.D. | info@dibblelaw.com | SPENCER C. LOWE, B.S. |
| WILLIAM H. KING, Jr., B.A., J.D. | | TIMOTHY J. MCMAHON, B.S., M.B.A., J.D., E.A.* |
| AUDREY B. SWANK, B.S., M.A., J.D. *** | SERVICE AND NOTICE OF LEGAL PLEADINGS OR OTHER PAPERS BY FAX OR E-MAIL IS NOT ACCEPTED. SEE CPLR 2103(b)(5). | KEVIN P. MELANSON, B.S., E.A. |
| MIKAL J. KRUEGER, B.A., J.D. | | ANDREA M. MOORE, A.A.S., B.S., M.S., E.A. |
| CYNTHIA M. OLIN, B.A., J.D. | * NOT LICENSED TO PRACTICE LAW | LAURIE B. SALKO, A.A.S. |
| CHARLES B. MCLAUD, B.A., J.D. | ** LICENSED IN NY & MA | MADELINE M. STOLT (BANKRUPTCY TRUSTEE PARALEGAL) |
| DOUGLAS A. BASS, B.S., J.D. | *** LICENSED IN DC, NY, MI & FL | ADRYANN M. STRAUSS, B.A., J.D.* |
| GREGORY M. LEATHERSICH, B.A., J.D. | ****LICENSED IN NY, MI & CA | M. RYAN WICKER, B.S. |
| | PENN YAN OFFICE 131 MAIN STREET, PO BOX 681, PENN YAN, NY 14527 (315) 536-7555 | |
| ADMINISTRATION | | PROJECT SPECIALISTS |
| MICHELINA E. VASSALLO, B.A. (Office Manager) | | JEANNE M. MASTIN, B.S., R.N. |
| DAVID B. NICKASON, B.S. (Legal Administrator) | | SHEILA P. KELLEY, M.S., M.D., Ph.D. |
| MAX J. NAGOWSKI, B.A. (Accountant) | | COLEMAN D. CLARKE, Jr., B.A., M.DIV., Ph.D. |

February 12, 2019

Office of the Clerk
U.S. Bankruptcy Court
U.S. Courthouse
100 State Street
Rochester, New York 14614

    RE: Floyd Eugene and Evelyn Grace Buckley
      BK No.: 18-21238

Dear Clerk:

  Please be advised, that Douglas J. Lustig, Trustee will be withdrawing his Application To Employ Attorney for the Trustee, but reserves the right to file the Application at a later date if the situation arises.

  Thank you for your cooperation and assistance.

Very truly yours,

/s/Douglas J. Lustig

Douglas J. Lustig, Trustee
DJL/mms

cc: Kathleen D. Schmitt, Esq.

Filename: \\gwdntserver\Desktops\MMS\Desktop\18-21238 WITHDRAW AS COUNSEL LETTER TO CLERK.docx
Locator: 2/11/19//BMS//3//c

Case 2-18-21238-PRW, Doc 38, Filed 02/12/19, Entered 02/12/19 11:23:47, Description: Main Document, Page 1 of 1